■ In the Matter of JOSEPH R. GROSSO, Appellant, v MICHAEL J. CODD et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 19, 1978, unanimously affirmed, without costs and without disbursements, on the opinion of Shainswit, J., at Special Term. Concur—Kupferman, J. P., Sullivan, Lane, Lupiano and Silverman, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARON ROGERS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 21, 1978, unanimously affirmed. The order of this court entered on June 12, 1979 [70 AD2d 1063] is vacated. No opinion. Concur—Kupferman, J. P., Sullivan, Lupiano and Ross, JJ.

(June 26, 1979)

■ In the Matter of CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, Respondent, v JOSEPH CIRALDO, Individually and as a Partner in the Kings Terrace Nursing Home and Health Related Facility, Appellant.—Order, Supreme Court, New York County, entered on March 1, 1979, unanimously affirmed on the opinion of McQuillan, J., at Trial Term, without costs and without disbursements. Concur—Murphy, P. J., Sandler, Lane, Silverman and Yesawich, JJ.

■ GTE INTERNATIONAL INCORPORATED et al., Appellants, v MANUFACTURERS HANOVER TRUST COMPANY et al., Respondents.—Order, Supreme Court, New York County, entered on March 27, 1979, unanimously affirmed on the opinion of Dontzin, J., at Special Term. Respondents shall recover of appellants one bill of $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ AMERICAN BELL INTERNATIONAL, INC., et al., Appellants v MANUFACTURERS HANOVER TRUST COMPANY, Respondent.—Order, Supreme Court, New York County, entered on March 27, 1979, unanimously affirmed on the opinion of Dontzin, J., at Special Term. Respondent shall recover of appellants one bill of $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ GLADYS K. SPIEGEL, Appellant, v HERMAN R. SPIEGEL, Respondent.—Order, Supreme Court, New York County, entered on July 28, 1978, unanimously affirmed, without costs and without disbursements. Appeal from order of said court entered on October 13, 1978 dismissed, without costs and without disbursements, as nonappealable. No opinion. Concur—Murphy, P. J., Sullivan, Markewich, Lupiano and Silverman, JJ.